Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)*                                    Chapter  7

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Mack Industries VI, LLC** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | |
| 4. | Debtor's address | **Principal place of business**  **6820 Centennial Drive**  **Tinley Park, IL 60477**  Number, Street, City, State & ZIP Code  **Cook**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: |

Debtor  **Mack Industries VI, LLC**                                    Case number (if known) _____
        Name

7. Describe debtor's business

   A. Check one:
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. Check all that apply
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __5313__

8. Under which chapter of the Bankruptcy Code is the debtor filing?

   Check one:
   ■ Chapter 7
   ☐ Chapter 9
   ☐ Chapter 11. Check all that apply:
      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
      ☐ A plan is being filed with this petition.
      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.
      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    ☐ No
    ■ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor  **See Attachment**                Relationship _____
    District _____  When _____  Case number, if known _____

Debtor  **Mack Industries VI, LLC**                                Case number (if known) _____
         Name

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property?  _____
                        Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Mack Industries VI, LLC**
Name

Case number (if known)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _/s/ Ronald R. Peterson_
Signature of authorized representative of debtor

Ronald R. Peterson
Printed name

Title  **Chapter 7 Trustee of Mack Industries, Ltd., Manager**

**18. Signature of attorney**

X _/s/ Ronald R. Peterson_
Signature of attorney for debtor

Date  Feb 7 2018
MM / DD / YYYY

Ronald R. Peterson
Printed name

Jenner & Block LLP
Firm name

353 N. LaSalle St.
Chicago, IL 60654
Number, Street, City, State & ZIP Code

Contact phone  312-222-9350    Email address  rpeterson@jenner.com

02188473 IL
Bar number and State

Debtor  Mack Industries VI, LLC
Name

Case number (if known) _____

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____   Chapter  7

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor   | Mack Industries II, LLC      |      |         | Relationship to you    | Affiliate  |
|----------|------------------------------|------|---------|------------------------|------------|
| District | N.D. Illinois                | When | 5/31/17 | Case number, if known  | 17-16859   |
| Debtor   | Mack Industries III, LLC     |      |         | Relationship to you    | Affiliate  |
| District | N.D. Illinois                | When | 6/02/17 | Case number, if known  | 17-17106   |
| Debtor   | Mack Industries IV, LLC      |      |         | Relationship to you    | Affiliate  |
| District | N.D. Illinois                | When | 6/02/17 | Case number, if known  | 17-17109   |
| Debtor   | Mack Industries V, LLC       |      |         | Relationship to you    | Affiliate  |
| District | N.D. Illinois                | When |         | Case number, if known  | 18-        |
| Debtor   | Mack Industries, Ltd.        |      |         | Relationship to you    | Affiliate  |
| District | Northern District of Illinois| When | 3/24/17 | Case number, if known  | 17-09308   |
| Debtor   | Oak Park Avenue Realty, Ltd. |      |         | Relationship to you    | Affiliate  |
| District | N.D. Illinois                | When | 5/31/17 | Case number, if known  | 17-16651   |

# United States Bankruptcy Court
### Northern District of Illinois

In re: **Mack Industries VI, LLC** Debtor(s)

Case No.
Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **2**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **7 Feb 2018**

_Ronald R. Peterson_
Ronald R. Peterson/Chapter 7 Trustee of Mack Industries, Ltd.
Signer/Title  **Manager of Mack Industries VI, LLC**

First Secure Community Bank
670 N. Sugar Grove Pkwy.
Sugar Grove, IL 60554-8112

Mack Industries, Ltd.
6820 Centennial Drive
Tinley Park, IL 60477

Case 18-03451    Doc 1    Filed 02/07/18    Entered 02/07/18 16:18:38    Desc Main
                          Document          Page 8 of 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MACK INDUSTRIES VI, LLC, | ) | Case No. _____ |
| | ) | |
| Debtor. | ) | Joint Administration Requested |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)
AND 7007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

The undersigned certifies that there are no entities to report under Fed.R.Bankr.P. 1007(a) and 7007.

Dated: February __, 2018

Ronald R. Peterson, solely as Chapter 7
Trustee of Mack Industries, Ltd., Manager of
Mack Industries VI, LLC

{MISC/001/00052914.DOCX/}